## VERIFICATION

I, Aimee Bryan, have reviewed the allegations made in this Verified Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. To those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true, I further declare that I am a current holder, and have been a holder, of Coupang, Inc. common stock at all relevant times.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this \_8/22/2023\_ day of August 2023.

_____
                    Aimee Bryan

DocuSigned by: *Aimee Bryan*
9D5F6CE27DF743A...